UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Amb. Gration, Maj. Gen., USAF (Ret.), et al.,**  )  <br>   ) <br>**Plaintiffs,**   ) <br>   ) <br>v.   ) <br>   ) <br>**The Islamic Republic of Iran, et al.,**   ) <br>   ) <br>**Defendants.**   ) | Civil Action No. 21-cv-01859-BAH |

## PLAINTIFFS' STATUS REPORT

Plaintiffs submit this Status Report pursuant to the Court's Minute Order of December 2, 2021, directing Plaintiffs to provide, beginning on December 6, 2021, and every 30 days thereafter until service is effectuated, a report on the status of their efforts to serve Defendants, and provide the following updates:

1. On August 26, 2021, Plaintiffs filed an Affidavit requesting the clerk initiate service on defendants, The Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence & Security (collectively "Iranian Defendants") by the United States Postal Service ("USPS") pursuant to 28 U.S.C. § 1608(a)(3). *See* ECF No. 17.

2. On September 19, 2021, the Clerk of the Court certified mailing to Iranian Defendants by USPS Registered Return Receipt First Class International Mail two copies of the First Amended Complaint, Summons, Amended Notice of Suit, the Foreign Sovereign Immunities Act, the Motion and Order to File Addresses Under Seal, and the Amended Notice of Related cases, together with their related translation pursuant to 28 U.S.C. 1608(a)(3). *See* ECF No. 18.

3. The USPS does not provide international tracking services for packages shipped to Iran. Similarly, the National Post Office of the Islamic Republic of Iran a/k/a "IRI Post Company" ("IRI"), does not provide international tracking data for international packages.

4. Plaintiffs continue to make diligent efforts to determine the status of delivery of the packages to Iranian Defendants.

5. Plaintiffs also remain attentive for the return of the packages from Iran. (*See Fritz, et al. v. Iran, et al.*, Case No.: 15-456, ECF No. 120, where, on August 13, 2021, the clerk certified mailing of plaintiffs' service packages to the Islamic Republic of Iran through USPS and in November 2021, the service packages were returned to the plaintiffs' counsel unopened and stamped "Return" and marked "Refused.")

6. In the meantime, Plaintiffs intend to file a Motion for Leave to File a Second Amended Complaint to add additional plaintiffs.

7. Pursuant to the Court's Minute Order of December 2, 2021, Plaintiffs will continue to provide every 30 days a report on the status of their efforts to serve defendants until service is effectuated.

Dated:   December 6, 2021

Respectfully submitted,

/s/   Gavriel Mairone__
MM~LAW, LLC
Gavriel Mairone, Esq.
Bar No. 156461
Adora Sauer, Esq. (*pro hac vice* filed)
Illinois Bar No. 6256703
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com;
adora@mm-law.com

*Counsel for Plaintiffs*