UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Amb. Gration, Maj. Gen., USAF (Ret.), et al.,**  )  )  Plaintiffs,  )  )  v.  )  )  **The Islamic Republic of Iran, et al.,**  )  )  Defendants.  ) | Civil Action No. 21-cv-01859-BAH |

### NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFFS JIMMY OLEN WEAVER AND JERIMIAH JOE MORRISSETTE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jimmy Olen Weaver (Second Amend. Compl. ¶ 32, ECF No. 23), and Jerimiah Joe Morrissette (Second Amend. Compl. ¶ 52, ECF No. 23), by and through the undersigned counsel, hereby voluntarily dismiss without prejudice all their claims in the above-captioned action against defendant Islamic Republic of Iran, The Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. This dismissal is only on behalf of Jimmy Olen Weaver and Jerimiah Joe Morrissette. The remaining Plaintiffs preserve and maintain all their claims asserted.

1

Dated: November 16, 2022

Respectfully submitted,

/s/   Gavriel Mairone
MM~LAW, LLC
Gavriel Mairone, Esq.
Bar No. 156461
Adora Sauer, Esq. (*pro hac vice* filed)
Illinois Bar No. 6256703
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com;
adora@mm-law.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 16th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Gavriel Mairone*
Gavriel Mairone
