UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Amb. Gration, Maj. Gen., USAF (Ret.), et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 21-cv-01859-BAH |
| ) | |
| **The Islamic Republic of Iran, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR LEAVE TO FILE DOCUMENTARY EVIDENCE UNDER SEAL

Plaintiffs, by counsel, hereby move the Court for an Order granting Plaintiffs permission to submit directly to the Court documentary evidence as to the damages, as well as present their evidence under Seal pursuant to D.D.C. Local Civil Rule 5.4(f), which requires redaction of any personally identifiable information, medical documents, and other sensitive personal information that will affect the privacy and security of these Plaintiffs.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, pursuant to Local Rule 7(a).

Dated: January 31, 2023

Respectfully submitted,

/s/ Gavriel Mairone
MM~LAW, LLC
Gavriel Mairone, Esq.
Bar No. 156461
Adora Sauer, Esq. (*pro hac vice* filed)
Illinois Bar No. 6256703
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com;
adora@mm-law.com

*Counsel for Plaintiffs*