IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMB SCOTT GRATION, <br> MAJ. GEN., USAF (RET), et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Civil Action No. 1:21-cv-01859-BAH |

**MOTION TO CORRECT CLERICAL ERRORS IN JUDGMENT**

Plaintiffs, by counsel, respectfully move this court, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, for an Order correcting clerical errors in the Judgment Order entered in this matter on August 15, 2023.

1. On August 15, 2023, this Court entered a Memorandum Opinion granting Plaintiffs' Motion for Entry of Default Judgment as to Liability and Damages. (ECF 48). Contemporaneously, this Court entered an Order establishing the compensatory and punitive damage awards provided in the Memorandum Opinion ("Judgment Order"). (ECF 47).

2. Inadvertently, the compensatory and punitive damage award amounts entered in the Judgment Order are inconsistent with the damage award amounts stated in the body of the Memorandum Opinion, as detailed in the attached table of proposed corrections. (*See* Ex. I). These inconsistencies were also carried through to the Conclusion Section of the Memorandum Opinion on pages 80 and 81. (ECF 48).

3. Additionally, some of the Plaintiffs' names were spelled incorrectly in the Judgment Order as follows: 1) page 2, paragraph 2, stated "Timothy Gerard **G**ermanis" rather

1

than the correct spelling "Timothy Gerard **F**ermanis," 2) page 2, paragraph 2, stated "Nathan Ellio**t** Wheat" rather than the correct spelling "Nathan Ellio**tt** Wheat," and 3) page 2, paragraph 5, stated "Tina Mari**a** Mullings" rather than the correct spelling "Tina Mari**e** Mullings."

    4. Federal Rule of Civil Procedure 60(a) provides that this Court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. (*Fed. R. Civ. P. 60(a)*; *American Trucking Ass'ns v. Frisco Transp. Co*., 358 U.S. 133, 79 S. Ct. 170, 3 L. Ed. 2d 172, 1958 U.S. LEXIS 1778 (1958) *stating* "Courts have power and duty to correct judgments which contain clerical errors, or judgments which have been issued due to inadvertence or mistake, and this power and duty is expressly recognized in Rule 60(a).") Further, this Court may invoke Rule 60(a) when a clerical error results in language that does not accurately memorialize this Court's intended holding and where legal analysis is not required. *Id.* Additionally, small errors in a party's name may be subject to correction under Rule 60(a). *Id.*

    5. This Court's original intent was to issue its Judgment Order memorializing its ruling in its Memorandum Opinion. Correcting these clerical errors will not cause a substantive change in the nature of the Judgment, nor do the corrections require legal analysis.  As such, correcting the Judgment instanter is warranted and proper under Rule 60(a).

WHEREFORE, Plaintiffs pray that the Motion be granted and that the Court enter the Proposed Order submitted.

Dated:   August 23, 2023                           Respectfully submitted,

/s/   Gavriel Mairone
MM~LAW, LLC
Gavriel Mairone, Esq.
Bar No. 156461
Adora Sauer, Esq. (*pro hac vice* filed)
Illinois Bar No. 6256703
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com;
adora@mm-law.com

*Counsel for Plaintiffs*

# EXHIBIT I

| Plaintiff | Relationship | Incorrect Compensatory Award in Judgment Order | Correct Compensatory Award in Memorandum Opinion | Incorect Punitive Award in Judgment Order | Correct Punitive Award in Memorandum Opinion |
|---|---|---|---|---|---|
| Jacqueline Archuleta Quintana | Spouse | $2,000,000 | $4,000,000 | $2,000,000 | $4,000,000 |
| Eva Ranee Graham | Spouse | $2,000,000 | $4,000,000 | $2,000,000 | $4,000,000 |
| Judith Ellen Gration | Spouse | $2,000,000 | $4,000,000 | $2,000,000 | $4,000,000 |
| Ursula Leona Orlando | Spouse | $2,000,000 | $4,000,000 | $2,000,000 | $4,000,000 |
| Tina Marie Mullings | Spouse | $2,000,000 | $4,000,000 | $2,000,000 | $4,000,000 |
| Maria Star Yost | Spouse | $2,000,000 | $4,000,000 | $2,000,000 | $4,000,000 |
| Tamara Lee Oliver | Spouse | $2,000,000 | $4,000,000 | $2,000,000 | $4,000,000 |
| Un Suk Brodt | Spouse | $2,000,000 | $4,000,000 | $2,000,000 | $4,000,000 |
| Jo Ann Silvi | Spouse | $2,000,000 | $4,000,000 | $2,000,000 | $4,000,000 |
| Christina Marie Schomaker | Spouse | $2,000,000 | $4,000,000 | $2,000,000 | $4,000,000 |
| Kimberlee Jo Hill | Spouse | $2,000,000 | $4,000,000 | $2,000,000 | $4,000,000 |
| Tanya Lee Nott | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Rebecca Lamae Thurman | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Preston Wade Nott | Sibling | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Joe Byers | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Susan Pauline Pomoransky | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Vickie Rena Anthony | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Clinton Edward Weaver | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Donald Lee Heikes | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Roger Dayle Hiekes | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Heather Mauren Hector | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Serena Elizabeth Douglass | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Sarah Grace Douglass | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |

| Plaintiff | Relationship | Incorrect Compensatory Award in Judgment Order | Correct Compensatory Award in Memorandum Opinion | Incorect Punitive Award in Judgment Order | Correct Punitive Award in Memorandum Opinion |
|---|---|---|---|---|---|
| Natasha Morrissette | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Antoinette Marie Hovel | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Kathryn Mary Ableidinger | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Kristine Lynnette Schomaker | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Richard Lawrence Weems | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Aaron Charles Kowalczyk | Sibling | $2,000,000 | $1,250,000 | $2,000,000 | $1,250,000 |
| Diane Theresa Morrissette | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Paula Gail Nott | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Shirley Ann Goff | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Donna Lee Byers | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Rodney Lee Byers | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Gloria Ann Mullings | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Vernon Oscar Mullings | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Steven Millard Douglass | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Donald Allen Wheat | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Michele Ann Canchola | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Timothy Louis Canchola | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Nancy Robertson Weems | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| John Harold Weems | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Susan Lynn White | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Jerry White | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Kenneth Dale Kowalczyk | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |
| Patricia Mary Kowalczyk | Parent | $2,000,000 | $2,500,000 | $2,000,000 | $2,500,000 |

| Plaintiff | Relationship | Incorrect Compensatory Award in Judgment Order | Correct Compensatory Award in Memorandum Opinion | Incorect Punitive Award in Judgment Order | Correct Punitive Award in Memorandum Opinion |
|---|---|---|---|---|---|
| Corey Thomas Brown | Child | $2,000,000 | $1,500,000 | $2,000,000 | $1,500,000 |
| Alexis Nichole Wingate | Child | $2,000,000 | $1,500,000 | $2,000,000 | $1,500,000 |
| Jonathan Scott Gration, Jr. | Child | $2,000,000 | $1,500,000 | $2,000,000 | $1,500,000 |
| Steven Han Brodt | Child | $2,000,000 | $1,500,000 | $2,000,000 | $1,500,000 |
| Samuel John Brodt | Child | $2,000,000 | $1,500,000 | $2,000,000 | $1,500,000 |
| Angela Christine Silvi | Child | $2,000,000 | $1,500,000 | $2,000,000 | $1,500,000 |
| Alison Elizabeth Silvi | Child | $2,000,000 | $1,500,000 | $2,000,000 | $1,500,000 |