## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN SCOTT GRATION, *et al.*, | |
| Plaintiffs, | Civil Action No. 21-cv-1859 (BAH) |
| v. | Judge Beryl A. Howell |
| ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

### ORDER

This cause comes before the Court on Plaintiffs' Motion to Correct Clerical Errors in Judgment pursuant to Rule 60(a) of the Federal Rules of Civil Procedure. Upon consideration of Plaintiffs' Motion, and for good cause shown, it is hereby

**ORDERED** that Plaintiffs' Motion to Correct Clerical Errors in Judgment is hereby **GRANTED**. The Order previously entered by the Court on August 15, 2023, ECF No. 47, is set aside. A new, amended judgment will be substituted for that judgment and entered by the Clerk forthwith as the judgment in this case.

**SO ORDERED.**

Date: August 23, 2023

 

_____
**BERYL A. HOWELL**
United States District Judge