UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN SCOTT GRATION, *et al.*, | |
| Plaintiffs, | Civil Action No. 21-cv-1859 (BAH) |
| v. | Judge Beryl A. Howell |
| ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

**AMENDED ORDER**

Upon consideration of plaintiffs' Motion for Entry of Default Judgment as to Liability and Damages, to Take Judicial Notice of Evidence in Related Prior Cases, and Request to Submit Documentary Evidence Under Seal, ECF No. 40, the legal memoranda in support of the motion, the exhibits and declarations submitted in support of the motion, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that, upon finding that plaintiffs have established their "claims or right to relief by evidence satisfactory to the court," 28 U.S.C. § 1608(e), plaintiffs' motion is **GRANTED**; it is further

**ORDERED** that defendant shall be liable for compensatory damages in the amount of $285,750,000 and punitive damages in the amount of $285,750,000, resulting in a total award of $571,500,000, which shall be allocated in the following manner:

1. Servicemember plaintiffs Jonathan Scott Gration, Barry Gordon Brown, Angela Mashel Brown, Steven Lee Byers, Kevin Richard Mall, Aubree Brooke Staricka, Brent Alan Mullings, Sy William Yost, Joey Laurier Morrissette, James Michael Silvi, Michael Harrington Weems, Scott Patrick Hill, Christopher Brian Lauderback,

1

Jason Allen Bratton, and Kenneth Michael Kowalczyk, who each suffered injuries resulting in a VA disability rating at or above 70%, are each entitled to $7,000,000 in pain and suffering damages and $7,000,000 in punitive damages;

2. Servicemember plaintiffs Timothy Gerard Fermanis, Kenneth David Weaver, Ronald Scott Gering, Nathan Elliott Wheat, and David Anthony Toole, who each suffered injuries resulting in a 40–60% VA disability rating, are each entitled to $6,000,000 in pain and suffering damages and $6,000,000 in punitive damages;

3. Servicemember plaintiffs John Charles Orlando, Jr., Vincent Gene Oliver, Franko James Ferguson, and Brian Christopher Stoneburner, who each suffered injuries resulting in a 30% or lower VA disability rating, are each entitled to $5,000,000 in pain and suffering damages and $5,000,000 in punitive damages;

4. Servicemember plaintiffs Steven Lee Brodt and the Estate of Steven Peter Goff, who each suffered severe injuries, are each entitled to $5,000,000 in pain and suffering damages and $5,000,000 in punitive damages;

5. Plaintiff spouses Maria Star Yost, Christina Marie Schomaker, Eva Ranee Graham, Jacqueline Archuleta Quintana, Judith Ellen Gration, Ursula Leona Orlando, Tina Marie Mullings, Tamara Lee Oliver, Un Suk Brodt, Jo Ann Silvi, and Kimberlee Jo Hill are each entitled to $4,000,000 in solatium damages and $4,000,000 in punitive damages;

6. Plaintiff parents Donna Lee Byers, Rodney Lee Byers, Gloria Ann Mullings, Vernon Oscar Mullings, Steven Millard Douglass, Diane Theresa Morrissette, Donald Allen Wheat, Shirley Ann Goff, Michele Ann Canchola, Timothy Louis Canchola, Paula Gail Nott, Preston Wade Nott, Nancy Robertson Weems, John Harold Weems, Susan

      Lynn White, Jerry White, Patricia Mary Kowalczyk, and Kenneth Dale Kowalczyk are each entitled to $2,500,000 in solatium damages and $2,500,000 in punitive damages;

7. Plaintiff children Jonathan Scott Gration, Jr., Corey Thomas Brown, Alexis Nichole Wingate, Steven Han Brodt, Samuel John Brodt, Angela Christine Silvi, and Alison Elizabeth Silvi are each entitled to $1,500,000 in solatium damages and $1,500,000 in punitive damages;

8. Plaintiff siblings Joseph Eugene Byers, Susan Pauline Pomoransky, Vickie Rena Anthony, Clinton Edward Weaver, Donald Lee Heikes, Roger Dayle Heikes, Heather Maureen Hector, Serena Elizabeth Douglass, Sarah Grace Douglass, Natasha Kami Morrissette, Antoinette Marie Hovel, Kathryn Mary Ableidinger, Kristine Lynnette Schomaker, Tanya Lea Nott, Rebecca Lamae Thurman, Richard Lawrence Weems, and Aaron Charles Kowalczyk are each entitled to $1,250,000 in solatium damages and $1,250,000 in punitive damages; it is further

    **ORDERED** that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to defendant.

    **SO ORDERED.**

    Date: August 23, 2023

    *This is a final and appealable Order.*

                                           **BERYL A. HOWELL**
                                           United States District Judge