UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Amb. Gration, Maj. Gen., USAF (Ret.), et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 21-cv-01859-BAH |
| ) | |
| **The Islamic Republic of Iran, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for Plaintiffs, hereby request that the clerk mail a copy of the Amended Judgment Order and Memorandum Opinion, Clerk's Entry of Default, Notice of Default Judgment, and the Foreign Sovereign Immunities Act, to the following listed Defendants:

1. Islamic Republic of Iran, Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran 1136914811.

2. Islamic Revolutionary Guard Corps, Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran 1136914811

3. Iranian Ministry of Intelligence & Security, Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran 1136914811

by:  ___ **Certified or registered mail, return receipt requested**

 ___ DHL

 ✓ Fed Ex

Pursuant to the provisions of:

 ___ FRCP 4(f)(2)(C)(ii)

 ✓ **28 U.S.C. § 1608(a)(3)**

 ___ 28 U.S.C. § 1608(b)(3)(B)

 ___ 28 U.S.C. § 1608(a)(4)

Per Exhibit A, attached hereto, I certify that this method of service is authorized, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/  Gavriel Mairone___

MM~LAW, LLC
Gavriel Mairone, Esq
Bar No. 156461
Adora Sauer, Esq (*pro hace vice* filed)
Illinois Bar No. 6256703
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com
adora@mm-law.com

*Counsel for Plaintiffs*

# EXHIBIT A

# MM~L<small>AW</small> LLC

A T T O R N E Y S   A T   L A W
LAW@MM-LAW.COM ~ WWW.MM-LAW.COM

980 N<small>ORTH</small> M<small>ICHIGAN</small> A<small>VENUE</small>, S<small>UITE</small> 1400
C<small>HICAGO</small>, I<small>LLINOIS</small> 60611 USA
1.312.253.7444 ♦ F<small>ACSIMILE</small> 1.888.966.0262

601 B<small>RICKELL</small> K<small>EY</small> D<small>RIVE</small>, S<small>UITE</small> 700
M<small>IAMI</small> F<small>LORIDA</small> 33131 USA
1.312.253.7444 ♦ F<small>ACSIMILE</small> 1.888.966.0262

September 8, 2023

Office of the Clerk
Attn: Angela D. Caeser
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:   *Amb.Gration, Maj. Gen., USAF (Ret), et al. v. The Islamic Republic of Iran, et al.*,
            Case No. 1:21-cv-01859-BAH
            **Request for service of process of judgment on foreign sovereign defendants**

Dear Ms. Caeser:

I write in connection with the above-captioned case to request that you take all of the necessary steps, pursuant to 28 U.S.C. §§ 1608(a)(3), to effect service in this matter on the Defendants.

Defendants in this case include the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps; and the Iranian Ministry of Intelligence & Security (collectively, "Iran & Political Subdivision Defendants"). Iran & Political Subdivision Defendants do not have any special arrangement with the United States for service of process pursuant to 28 U.S.C. § 1608(a)(l), nor is service permitted by any applicable international convention on service of documents pursuant to 28 U.S.C. § 1608(a)(2).[1]

Therefore, pursuant to 28 U.S.C. § 1608(a)(3), I respectfully request that you dispatch the provided service packages to these specific Defendants: (1) The Islamic Republic of Iran; (2) The Islamic Revolutionary Guard Corps; and (3) Iranian Ministry of Intelligence & Security.

Thus, in accordance with 28 U.S.C. § 1608(a)(3), I have enclosed the following for the Iran & Political Subdivision Defendants for service of process pursuant to § 1608(a)(3) by **Fedex label enclosed:** (1) two copies of the Final Judgment and Memorandum Opinion with two translations into Farsi; (2) two copies of the Clerk's Entry of Default two translations into Farsi (3) two copies of the Notice of Default Judgment Suit with two translations into Farsi; (4) two copies of the Foreign Sovereign Immunities Act with two translations into Farsi.

Please take the necessary steps to dispatch these materials to effect service on all Defendants pursuant to 28 U.S.C. §§ 1608(a)(3) by service through FedEx delivery.

---

[1] See information posted by Overseas Citizens Services, U.S. Department of State at:
http://www.passportsusa.com/law/info/judicial/judicial_680.html (last visited August 30, 2023).

# MM~LAW LLC      ATTORNEYS AT LAW

Office of the Clerk
Attn: Angela D. Caeser
September 8, 2023
Page 2

The addresses below should be used to dispatch the above documents in the provided packaging to each of the Iran & Political Subdivision Defendants:

**Islamic Republic of Iran:**
Ministry of Foreign Affairs
Imam Khomeini Street
Imam Khomeini Square
Tehran, Iran
1136914811

**Islamic Revolutionary Guard Corps:**
Ministry of Foreign Affairs
Imam Khomeini Street
Imam Khomeini Square
Tehran, Iran
1136914811

**Iranian Ministry of Intelligence & Security:**
Ministry of Foreign Affairs
Imam Khomeini Street
Imam Khomeini Square
Tehran, Iran
1136914811

If you have any questions or require anything further, please do not hesitate to contact me. Thank you very much for your assistance in this matter.

Sincerely,

Gavriel Mairone
Counsel for Plaintiffs